**Edward Lincoln KING, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 62328.**

Court of Criminal Appeals of Texas, En Banc.

June 22, 1983.

Rod L. Poirot, Dallas, for appellant.

Henry Wade, Dist. Atty., Gregory S. Long, Bruce Evan Foster, Gerald Banks and James G. Walker, Asst. Dist. Attys., Dallas, Robert Huttash, State's Atty., and Alfred Walker, Asst. State's Atty., Austin, for the State.

OPINION

PER CURIAM.

It has now been made known to this Court by proper motion of the State, accompanied by a duly certified death certificate, that appellant died on August 28, 1979, while this appeal was pending.

Accordingly, the prior opinion in this cause is withdrawn and the appeal is abated.